**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CORDARIOUS WILLIS**                                                                    **PLAINTIFF**
**ADC #162742**

**v.**                                    **CASE NO. 2:25-cv-00065-BSM**

**VINCENT BELL***, et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE